UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MUHAMAD M. HALAOUI,

    Plaintiff,

v.                                              Case No.  6:13-cv-1839-Orl-36TBS

RENAISSANCE HOTEL OPERATING
COMPANY d/b/a RENAISSANCE ORLANDO
AT SEA WORLD,

    Defendant.
_____/

## ORDER

Upon due consideration, Defendant's Unopposed Motion of Defendant Renaissance Hotel Operating Company for Rule 35 Medical Examination of Plaintiff (Doc. 41), is GRANTED.  Plaintiff shall submit to a mental examination by Dr. Richard Greer, M.D., to be conducted on September 30, 2014, at 8:00 a.m., at 200 East Robinson Street, Suite 725, Orlando, Florida 32801.

DONE AND ORDERED in Orlando, Florida, on September 9, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel